CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
December 01, 2025
LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:15CR00034-003 |
| v. ) | **OPINION AND ORDER** |
| ) | |
| **SARAH LYNN BERRY,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendant. ) | |

*Sarah Lynn Berry, Pro Se.*

The defendant, proceeding pro se, has filed a self-styled Motion to Correct Clerical Error and to Amend Judgment (Motion), claiming that the records of the Bureau of Prisons have incorrectly reported her as having been convicted under 18 U.S.C. § 924(c), which error has prejudiced her because of the prison benefits she might otherwise have received.

In April and May of 2012, defendant Ms. Berry, her husband Joshua Berry, and a third codefendant named Emmanuel Foster, committed a series of armed robberies of convenience stores and movie theaters located near Interstate 77 in Virginia, West Virginia, and North Carolina. Ms. Berry provided a firearm and served as the getaway driver. She did not enter any of the targeted places during the robberies. On May 25, 2012, the three robbed a convenience store in Mount Airy, North Carolina. In the course of that robbery, Foster shot and killed the store's

owner, Donald Claude Arnder, using the nine-millimeter semi-automatic pistol supplied by Ms. Berry. Ms. Berry was subsequently charged in this court arising out of these facts.

After pleading guilty, Ms. Berry was sentenced by this court on November 15, 2016, to a total term of 412 months' imprisonment, consisting of 240 months on Count Nine of the Indictment, to be followed by a term of 172 months on Count Eleven. Count Nine charged the defendant with conspiracy to commit Hobbs Act robbery, in violation of 18 U.S.C. § 1951. Count Eleven charged as follows:

1. On or about and between April 1, 2012, and May 25, 2012 in the Western District of Virginia and elsewhere, JOSHUA ROBERT BERRY, SARAH LYNN BERRY, and EMMAUNEL WILLIAM FOSTER, as principals and aiders and abettors, in the commission of a violation of 18 U. S. C. § 924(c), as charged in Count Ten of the Indictment, caused the death of a person through the use of a firearm and that killing being considered murder, as defined in 18 U.S.C. § 1111.

2. All in violation of Title18, United States Code, Sections 2 and 924(j).

Indictment, Dtk. No. 4. The Judgment in Berry's case recited as to Count Eleven that she was adjudicated guilty of "18 U.S.C. Sections 924(j) Use of a firearm in the Commission of Murder and 924(c)(1)(A)(iii)." J. 1, Dkt. No. 86.

Berry did not appeal, although she later filed a pro se motion pursuant to 28 U.S.C. § 2255, which was denied. *United States v. Berry*, 612 F. Supp. 3d 601 (W.D. Va. 2020).

Section 924 of Title 18 of the United States Code creates several different firearms offenses. Subsection 924(j) provides that "[a] person who, in the course of a violation of subsection (c), causes the death of a person through the use of a firearm, shall [be punished as follows]." Thus, this crime requires proof that (1) the defendant committed a crime of violence under § 924(c), and (2) in the course of using a firearm, caused the death of another person. *United States v. Gill*, 652 F. Supp. 3d 567, 574–75 (D. Md. 2023).

Accordingly, even if this court had the authority to change its own records or those of the Bureau of Prisons, the records here are not incorrect because Ms. Berry was charged and convicted of aiding and abiding (18 U.S.C. § 2) the commission of the crimes described in both § 924(c) and § 924(j). For these reasons, it is **ORDERED** that her Motion, Dkt. No. 213, is DENIED.

ENTER: December 1, 2025

/s/ JAMES P. JONES
Senior United States District Judge